# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| **KENYA STAFFORD** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:17-cv-00513-CRS |
| | ) | |
| v. | ) | *Electronically Filed* |
| | ) | |
| **CHAPLAIN FINANCIAL SERVICES, LLC** | ) | |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \*

## STIPULATION OF DISMISSAL

Plaintiff Kenya Stafford, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses MST Financial Solutions, Inc. as a party from this action.

Respectfully submitted,

CRAIG HENRY PLC
James Craig

*s/* James Craig
239 S. Fifth Street, Suite 1400
Louisville, Kentucky 40202
Telephone: (502) 614-5962
Facsimile: (502) 614-5968
jcraig@craighenrylaw.com

*Counsel for Kenya Stafford*