UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**KENYA STAFFORD**  PLAINTIFF

vs.  CIVIL ACTION NO. 3:17CV-513-CRS

**MST FINANCIAL SOLUTIONS, INC.**  DEFENDANT

## ORDER

Counsel for the Plaintiff having filed a Stipulation of Dismissal (DN 6), no answer or other responsive pleading having been filed on behalf of the Defendant, MST Financial Solutions, Inc., d/b/a Chaplain Financial Services, LLC, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant, MST Financial Solutions, Inc., in this matter are **DISMISSED**.

Counsel for the Plaintiff having filed a corrected Complaint against Chaplain Financial Services, LLC (DN 5),

**IT IS FURTHER ORDERED** that the style of this matter be **AMENDED** to *Kenya Stafford v. Chaplain Financial Services, LLC*.

Dated: September 27, 2017

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record